UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA                )
                                        )
v.                                      )        NO. 3:09-00262
                                        )        JUDGE CAMPBELL
ROBERT HALEY                            )

## ORDER

Pending before the Court is Defendant Robert Haley's Motion To Adopt Motions Filed By Co-Defendants (Docket No. 104). Through the Motion, the Defendant seeks to adopt motions filed by Co-Defendants Terry Kretz and Daryl Bornstein. As there currently are no pending motions that have been filed by the Co-Defendants, the Motion is DENIED, as moot.

It is so ORDERED.

TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE