IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3-09-00262 |
| v. | ) | |
| | ) | |
| DARYL BORNSTEIN | ) | |

O R D E R

A hearing on the defendant's motion to revoke pretrial release and place defendant in pretrial custody (Docket Entry No. 106) is scheduled on **Friday, February 8, 2013, at 12:30 p.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge