UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:09-00262 |
| ) | JUDGE CAMPBELL |
| DARYL BORNSTEIN ) | |

## ORDER

Pending before the Court is a Motion for Separate Plea Hearings and to Seal Plea Pleadings and to Seal Plea Pleadings (Docket No. 144). The Motion for Separate Plea Hearing is GRANTED.

The Court will hold a change of plea hearing for Defendant Daryl Bornstein on Friday, January 31, 2014, at 10:00 a.m.

The Motion to Seal Plea Pleadings will be discussed at the hearing on January 31, 2014.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE